UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 4:20 CR 728 RLW JMB |
|  | ) |  |
| CARMEL ALLEN, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## REQUEST FOR CONTINUED DETENTION

The United States of America incorporates by reference its motion for Defendant's pretrial detention (Doc. 4) and the supplemental information filed in support of that motion (Doc. 13) following the November 13 detention hearing. For the reasons set forth in its papers and argued at the detention hearing, the United States hereby continues its pending request that Defendant be ordered detained pending trial in this matter.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

/s/ James Redd
JAMES REDD, #66172(MO)
james.redd@usdoj.gov
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on November 18, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record.

/s/ James Redd